UNITED STATES COURT OF INTERNATIONAL TRADE                      FORM 3

| | |
|---|---|
| FUJIFILM NORTH AMERICA CORPORATION, FUJIFILM CORPORATION, AND FUJIFILM PRINTING PLATE (CHINA) CO. LTD.<br><br>                                        Plaintiffs,<br><br>                   v.<br><br>UNITED STATES, | SUMMONS<br><br>Court No.  24-000251 |

**TO:**   The Attorney General, and the U.S. International Trade Commission

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the U.S. Department of Commerce's determination described below.

                                                                    **/s/ Mario Toscano**
                                                                    Clerk of the Court

---

1. Plaintiff Fujifilm North America Corporation is a U.S. importer of the merchandise subject.  Plaintiff Fujifilm Corporation is a foreign producer and exporter of the merchandise subject.  Plaintiff Fujifilm Printing Plate(China) Co. Ltd. is a foreign producer and exporter of the merchandise subject. All Plaintiffs fully participated as interested parties within the meaning of 19 U.S.C. § 1677(9)(A) in the proceeding before the U.S. International Trade Commission that resulted in the contested determination. Plaintiffs have standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).
   _____
   (Name and standing of plaintiff)

2. Plaintiffs contest the U.S. International Trade Commission determination as published in *Aluminum Lithographic Printing Plates from China and Japan,* Inv. Nos. 701-TA-694 and 731-TA-1641-1642 (Final), USITC Pub. 5559 (Nov. 2024); *Aluminum Lithographic Printing Plates From China and Japan: Determinations,* 89 Fed. Reg. 90,737 (Int'l Trade Comm'n Nov. 18, 2024); and the *Aluminum Lithographic Printing Plates From Japan and the People's Republic of China: Antidumping Order; Aluminum Lithographic Printing Plates From the People's Republic of China: Countervailing Duty Order*, 89 Fed. Reg. 92,624 (Nov. 22, 2024).
   _____

1

(Brief description of contested determination)

3. <u>November 12, 2024</u>
   (Date of determination)

4. <u>Nov. 18, 2024 (89 Fed. Reg. 90,737)</u>
   (If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Daniel L. Porter

Daniel L. Porter

Curtis, Mallet-Prevost, Colt & Mosle LLP
1717 Pennsylvania Ave. N.W.
Washington, D.C. 20006
Tel. (202) 452-7373

*Counsel for Plaintiffs*

Dated: <u>December 20, 2024</u>

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.):

Attorney General of the United States
Attorney-in-Charge
International Trade Field Office
**U.S. DEPARTMENT OF JUSTICE**
Civil Division
26 Federal Plaza
New York, NY 10278


The Honorable Lisa R. Barton
Secretary
**U.S. INTERNATIONAL TRADE COMMISSION**
500 E Street, S.W.
Washington, DC 20436

Supervisory Attorney
Civil Division
Commercial Litigation Branch
**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 480
Ben Franklin Station
Washington, DC 20444