**Appendix**


**Supporting Documentation of the Commission's Related Parties Analysis**


1.  **Fujifilm Greenwood's questionnaire pages with "related firm" information**
2.  **FNAC's questionnaire pages with "related firm" information**
3.  **Fujifilm Japan's questionnaire pages with "related firm" information**
4.  **Fujifilm China's questionnaire pages with "related firm" information**
5.  **Email correspondence between staff and Fujifilm's counsel clarifying its corporate structure**

**Fujifilm Greenwood**

OMB No. 3117-0016/USITC No. 24-1-4844; Expiration Date: : 6/30/2026
(No response is required if currently valid OMB control number is not displayed)

# U.S. PRODUCERS' QUESTIONNAIRE

# ALUMINUM LITHOGRAPHIC PRINTING PLATES FROM CHINA AND JAPAN

**This questionnaire must be received by the Commission by <u>July 15, 2024</u>**
*See last page for instructions regarding how to file this questionnaire.*

The information called for in this questionnaire is for use by the United States International Trade Commission in connection with its countervailing and antidumping duty investigations concerning aluminum lithographic printing plates ("ALPs") from China and Japan (Inv. Nos. 701-TA-694 and 731-TA-1641-1642 (Final)).  The information requested in the questionnaire is requested under the authority of the Tariff Act of 1930, title VII. This report is mandatory and failure to reply as directed can result in a subpoena or other order to compel the submission of records or information in your firm's possession (19 U.S.C. § 1333(a)).

---

**Name of firm** <u>FUJIFILM Manufacturing USA, Inc.</u>

**Address** <u>200 Summit Lake Drive</u>

**City** <u>Valhalla</u>                          **State** <u>NY</u>          **Zip Code** <u>10595</u>

**Website** _____

Has your firm produced ALPs (as defined on next page) in the United States at any time since January 1, 2021?

**NO**   (Sign the certification below and promptly return **only** this page of the questionnaire to the Commission)

**YES**   (Complete all parts of the questionnaire, and return the entire questionnaire to the Commission)

**Return questionnaire via the Commission's secure submission portal by clicking on the following link: https://usitc.gov/qportal. (PIN:  PLATES). See last page for detailed instructions.**

---

## CERTIFICATION

*I certify that the information herein supplied in response to this questionnaire is complete and correct to the best of my knowledge and belief and understand that the information submitted is subject to audit and verification by the Commission. By means of this certification I also grant consent for the Commission, and its employees and contract personnel, to use the information provided in this questionnaire and throughout this proceeding in any other import-injury proceedings conducted by the Commission on the same or similar merchandise.*

*I, the undersigned, acknowledge that information submitted in response to this request for information and throughout this proceeding or other proceedings may be disclosed to and used: (i) by the Commission, its employees and Offices, and contract personnel (a) for developing or maintaining the records of this or a related proceeding, or (b) in internal investigations, audits, reviews, and evaluations relating to the programs, personnel, and operations of the Commission including under 5 U.S.C. Appendix 3; or (ii) by U.S. government employees and contract personnel, solely for cybersecurity purposes. I understand that all contract personnel will sign appropriate nondisclosure agreements.*

| | | |
|---|---|---|
| Mary Lederer | Sr. Director Corporate Controller HLUS | 07/16/2024 |
| **Name of Authorized Official** | **Title of Authorized Official** | **Date** |
| *(signature)* | 914-912-3671 | mlederer@fujifilm.com |
| **Signature** | **Phone** | **Email address** |

U.S. Producers' Questionnaire – **Aluminum Lithographic Printing Plates (Final)**          Page 5

I-2b.     **Stock symbol information.**-- If your firm or parent firm is publicly traded, please specify the stock exchange and trading symbol: <u>FUJIY</u>.

I-2c.     **External counsel.**-- If your firm or parent firm is represented by external counsel in relation to this proceeding, please specify the name of the law firm and the lead attorney(s).

| Law firm: | Curtis, Mallet-Prevost, Colt & Mosie LLP |
|---|---|
| Lead attorney(s): | Daniel L. Porter |

I-3.     **Petitioner status.**--Is your firm a petitioner in this proceeding or a member firm of the petitioning entity?

| No | Yes |
|---|---|
| ☒ | ☐ |

I-4.     **Petition support**.--Does your firm support or oppose the petition?

| Country | Investigation type | Support | Oppose | Take no position |
|---|---|---|---|---|
| China | Antidumping duty | ☐ | ☒ | ☐ |
| China | Countervailing duty | ☐ | ☒ | ☐ |
| Japan | Antidumping duty | ☐ | ☒ | ☐ |

I-5.     **Ownership**.--Is your firm owned, in whole or in part, by any other firm?

☐ No          ☒ Yes--List the following information, relating to the ultimate parent/owner.

| Firm name | Country | Extent of ownership (*percent*) |
|---|---|---|
| FUJIFILM Holdings Corporation | Japan | 100% |
| | | |
| | | |

*"Related firm"* –A firm that your firm solely or jointly owned, managed, or otherwise controlled; a firm that solely or jointly owned, managed, or otherwise controlled your firm; and/or a firm that was solely or jointly owned, managed, or otherwise controlled by a firm that also solely or jointly owned, managed, or otherwise controlled your firm.

I-6.     **Related importers/exporters**.--Does your firm have any related firms, either domestic or foreign, that are engaged in importing ALPs from China and/or Japan into the United States or that are engaged in exporting ALPs from China and/or Japan to the United States?

☐ No          ☒ Yes--List the following information.

| Firm name | Country | Affiliation |
|---|---|---|
| FUJIFILM North America Corporation | USA | sister company |
| FUJIFILM Corporation | Japan | parent company |
| FUJIFILM Printing Plate (China) Co., Ltd, China | China | same ultimate parent |

I-7.     **Related producers**.--Does your firm have any related firms, either domestic or foreign, that are engaged in the production of ALPs?

☐ No          ☒ Yes--List the following information.

| Firm name | Country | Affiliation |
|---|---|---|
| FUJIFILM COrporation | Japan | parent company |
| FUJIFILM Printing Plate (China) Co., Ltd, China | China | same ultimate parent |
| FUJIFILM Manufacturing Europe, B.V. (Tilburg, Netherlands)(shut down in 2023) | Netherlands | same ultimate parent |
|  |  |  |
|  |  |  |
|  |  |  |

**FNAC**

OMB No. 3117-0016/USITC No. 24-2-4845; Expiration Date: 6/30/2026
(No response is required if currently valid OMB control number is not displayed)

# U.S. IMPORTERS' QUESTIONNAIRE

## ALUMINUM LITHOGRAPHIC PRINTING PLATES FROM CHINA AND JAPAN

**This questionnaire must be received by the Commission by <span style="color:red">July 15, 2024</span>**
*See last page for instructions regarding how to file this questionnaire.*

The information called for in this questionnaire is for use by the United States International Trade Commission in connection with its countervailing and antidumping duty investigations concerning aluminum lithographic printing plates ("ALPs") from China and Japan (Inv. Nos. 701-TA-694 and 731-TA-1641-1642 (Final)). The information requested in the questionnaire is requested under the authority of the Tariff Act of 1930, title VII. This report is mandatory and failure to reply as directed can result in a subpoena or other order to compel the submission of records or information in your firm's possession (19 U.S.C. § 1333(a)).

---

**Name of firm** Fujifilm North America Corporation, Graphic Communication Division

**Address** 200 Summit Lake Drive

**City** Valhalla            **State** NY        **Zip Code** 10595

**Website** www.fujifilm.com

Has your firm imported ALPs (as defined on next page) from any country at any time since January 1, 2021?

☐ **NO**        (Sign the certification below and promptly return **only** this page of the questionnaire to the Commission)

☒ **YES**        (Complete all parts of the questionnaire, and return the entire questionnaire to the Commission)

**Return questionnaire via the Commission's secure submission portal by clicking on the following link**: https://usitc.gov/qportal. **(PIN: <span style="color:red">PLATES</span>). See last page for detailed instructions.**

---

**CERTIFICATION**

*I certify that the information herein supplied in response to this questionnaire is complete and correct to the best of my knowledge and belief and understand that the information submitted is subject to audit and verification by the Commission. By means of this certification I also grant consent for the Commission, and its employees and contract personnel, to use the information provided in this questionnaire and throughout this proceeding in any other import-injury proceedings conducted by the Commission on the same or similar merchandise.*

*I, the undersigned, acknowledge that information submitted in response to this request for information and throughout this proceeding or other proceedings may be disclosed to and used: (i) by the Commission, its employees and Offices, and contract personnel (a) for developing or maintaining the records of this or a related proceeding, or (b) in internal investigations, audits, reviews, and evaluations relating to the programs, personnel, and operations of the Commission including under 5 U.S.C. Appendix 3; or (ii) by U.S. government employees and contract personnel, solely for cybersecurity purposes. I understand that all contract personnel will sign appropriate nondisclosure agreements.*

| | | |
|---|---|---|
| Daniel Larkin | Vice President of Operations | 7/15/2024 |
| *Name of Authorized Official* | *Title of Authorized Official* | *Date* |
| | 630-259-7432 | dlarkin@fujifilm.com |

U.S. Importers' Questionnaire – **Aluminum Lithographic Printing Plates (Final)**            Page 6

I-2b.    **Stock symbol information.**-- If your firm or parent firm is publicly traded, please specify the stock exchange and trading symbol: <u>FUJIY</u>.

I-2c.    **External counsel.**-- If your firm or parent firm is represented by external counsel in relation to this proceeding, please specify the name of the law firm and the lead attorney(s).

| Law firm: | Curtis, Mallet-Prevost, Colt & Mosle LLP |
|---|---|
| Lead attorney(s): | Daniel Porter |

I-3.    **Ownership**.--Is your firm owned, in whole or in part, by any other firm?

☐ No            ☒ Yes--List the following information, relating to the ultimate parent/owner.

| Firm name | Country | Extent of ownership (*percent*) |
|---|---|---|
| Fujifilm Holdings Corporation | Japan | 100% |
|  |  |  |
|  |  |  |

*"Related firm"* –A firm that your firm solely or jointly owned, managed, or otherwise controlled; a firm that solely or jointly owned, managed, or otherwise controlled your firm; and/or a firm that was solely or jointly owned, managed, or otherwise controlled by a firm that also solely or jointly owned, managed, or otherwise controlled your firm.

I-4.    **Related importers/exporters**.--Does your firm have any related firms, either domestic or foreign, that are engaged in importing ALPs from China and/or Japan into the United States or that are engaged in exporting ALPs from China and/or Japan to the United States?

☐ No          ☒ Yes--List the following information.

| Firm name | Country | Affiliation |
|---|---|---|
| FUJIFILM North America Corporation | USA | Parent Company |
| FUJIFILM Printing Plate (China) Co | China | Sister Company |
| Fujfiilm Coporation | Japan | Ultimate parent company |

I-5.    **Related producers**.--Does your firm have any related firms, either domestic or foreign, that are engaged in the production of ALPs?

☐ No          ☒ Yes--List the following information.

| Firm name | Country | Affiliation |
|---|---|---|
| FUJIFILM Manufacturing U.S.A., Inc. (ALP Manufacturing closed in full by March 2022) | USA | Sister company |
| FUJIFILM Printing Plate(China) Co.,Ltd. ,China | China | Sister company |
| FUJIFILM MATERIAL MANUFACTURING CO.,LTD. , Japan | Japan | Sister company |
| FUJIFILM Manufacturing Europe B.V. (Tilburg, Netherlands)(shut-down in 2023) | Netherlands | Sister company |
| | | |
| | | |

**Fujifilm Japan**

OMB No. 3117-0016/USITC No. 24-4-4847; Expiration Date: 6/30/2026
(No response is required if currently valid OMB control number is not displayed)

# FOREIGN PRODUCERS'/EXPORTERS' QUESTIONNAIRE

# ALUMINUM LITHOGRAPHIC PRINTING PLATES FROM CHINA AND JAPAN

**This questionnaire must be received by the Commission by <u>July 15, 2024</u>**
*See last page for instructions regarding how to file this questionnaire.*

The information called for in this questionnaire is for use by the United States International Trade Commission in connection with its countervailing and antidumping duty investigations concerning aluminum lithographic printing plates ("ALPs") from China and Japan (Inv. Nos. 701-TA-694 and 731-TA-1641-1642 (Final)). The information requested in the questionnaire is requested under the authority of the Tariff Act of 1930, title VII.

---

**Name of firm** FUJIFILM Corporation

**Address** 26-30, Nishiazabu 2-chome, Minato-ku, Tokyo 106-8620, Japan

**Website** https://www.fujifilm.com/jp/en/about/corporate/overview

Has your firm produced or exported ALPs (as defined on next page) at any time since January 1, 2021?

**NO** (Sign the certification below and promptly return **only** this page of the questionnaire to the Commission)

**YES** (Complete all parts of the questionnaire, and return the entire questionnaire to the Commission)

Data reported in this questionnaire relate to (Check one):

**CHINA**                    **JAPAN**

**Return questionnaire via the Commission's secure submission portal by clicking on the following link: https://usitc.gov/qportal. (PIN: PLATES). See last page for detailed instructions.**

---

## CERTIFICATION

*I certify that the information herein supplied in response to this questionnaire is complete and correct to the best of my knowledge and belief and understand that the information submitted is subject to audit and verification by the Commission. By means of this certification I also grant consent for the Commission, and its employees and contract personnel, to use the information provided in this questionnaire and throughout this proceeding in any other import-injury proceedings conducted by the Commission on the same or similar merchandise.*

*I, the undersigned, acknowledge that information submitted in response to this request for information and throughout this proceeding or other proceedings may be disclosed to and used: (i) by the Commission, its employees and Offices, and contract personnel (a) for developing or maintaining the records of this or a related proceeding, or (b) in internal investigations, audits, reviews, and evaluations relating to the programs, personnel, and operations of the Commission including under 5 U.S.C. Appendix 3; or (ii) by U.S. government employees and contract personnel, solely for cybersecurity purposes. I understand that all contract personnel will sign appropriate nondisclosure agreements.*

| | | |
|---|---|---|
| Keigo Yoshizawa | Manager | July 12, 2024 |
| *Name of Authorized Official* | *Title of Authorized Official* | *Date* |
| | +81-3-6427-1719 | keigo.yoshizawa@fujifilm.com |
| *Signature* | *Phone* | *Email address* |

*"Related firm"* –A firm that your firm solely or jointly owned, managed, or otherwise controlled; a firm that solely or jointly owned, managed, or otherwise controlled your firm; and/or a firm that was solely or jointly owned, managed, or otherwise controlled by a firm that also solely or jointly owned, managed, or otherwise controlled your firm.

I-3.    **Related producers**.--Does your firm or any related firm produce, have the capability to produce, or have any plans to produce ALPs in the United States or other countries?

| No | Yes | If yes, please name the firm(s) and country(ies) below and, if U.S. producer(s), ensure that they complete the Commission's producer questionnaire. |
|---|---|---|
| ☐ | ☒ | FUJIFILM Printing Plate(China) Co.,Ltd. ,China<br><br>FUJIFILM Manufacturing U.S.A., Inc. ,U.S.(Shut-down in 2022) |

I-4.    **Related U.S. importers**.--Does your firm or any related firm import or have any plans to import ALPs into the United States?

| No | Yes | If yes, please name the firm(s) below and ensure that they complete the Commission's importer questionnaire. |
|---|---|---|
| ☐ | ☒ | FUJIFILM North America Corporation |

I-5.    **Stock symbol information.**-- If your firm or any of the entities reported in questions I-2 through I-4 are publicly traded in the United States, please specify the stock exchange and trading symbol (including American Depository Receipts, if applicable): FUJIY.

I-6.    **External counsel.**-- If your firm or parent firm is represented by external counsel in relation to this proceeding, please specify the name of the law firm and the lead attorney(s).

| Law firm: | Curtis, Mallet-Prevost, Colt & Mosle LLP |
|---|---|
| Lead attorney(s): | Daniel L. Porter |

Foreign Producers' Questionnaire – **Aluminum Lithographic Printing Plates (Final)**    Page 6

I-7.    **U.S. importers**.--Please provide the names, contacts, telephone numbers, and e-mail addresses of the **TEN** largest U.S. importers of your firm's ALPs since January 1, 2021.

| | Importer's name | Contact person | Email | Telephone | Share of your firm's 2023 U.S. exports (%) |
|---|---|---|---|---|---|
| 1 | FUJIFILM North America Corporation | Toyoyuki Katagiri | tkatagiri@fujifilm.com | +1-630-259-7255 | 100 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |

**Fujifilm China**

OMB No. 3117-0016/USITC No. 24-4-4847; Expiration Date: 6/30/2026
(No response is required if currently valid OMB control number is not displayed)

# FOREIGN PRODUCERS'/EXPORTERS' QUESTIONNAIRE

## ALUMINUM LITHOGRAPHIC PRINTING PLATES FROM CHINA AND JAPAN

**This questionnaire must be received by the Commission by <u>July 15, 2024</u>**
*See last page for instructions regarding how to file this questionnaire.*

The information called for in this questionnaire is for use by the United States International Trade Commission in connection with its countervailing and antidumping duty investigations concerning aluminum lithographic printing plates ("ALPs") from China and Japan (Inv. Nos. 701-TA-694 and 731-TA-1641-1642 (Final)). The information requested in the questionnaire is requested under the authority of the Tariff Act of 1930, title VII.

---

**Name of firm** <u>FUJIFILM Printing Plate(China) Co.,Ltd.</u>

**Address** <u>NO.202 Longtan Road,Suzhou Industrial Park, 215024, Suzhou, P.R.China.</u>

**Website** <u>https://www.fujifilm.com/jp/en/about/corporate/overview</u>

Has your firm produced or exported ALPs (as defined on next page) at any time since January 1, 2021?

☐ **NO**  (Sign the certification below and promptly return **only** this page of the questionnaire to the Commission)

☒ **YES**  (Complete all parts of the questionnaire, and return the entire questionnaire to the Commission)

Data reported in this questionnaire relate to (Check one):

☒ **CHINA**      ☐ **JAPAN**

**Return questionnaire via the Commission's secure submission portal by clicking on the following link**: https://usitc.gov/qportal. **(PIN: PLATES). See last page for detailed instructions.**

---

### CERTIFICATION

*I certify that the information herein supplied in response to this questionnaire is complete and correct to the best of my knowledge and belief and understand that the information submitted is subject to audit and verification by the Commission. By means of this certification I also grant consent for the Commission, and its employees and contract personnel, to use the information provided in this questionnaire and throughout this proceeding in any other import-injury proceedings conducted by the Commission on the same or similar merchandise.*

*I, the undersigned, acknowledge that information submitted in response to this request for information and throughout this proceeding or other proceedings may be disclosed to and used: (i) by the Commission, its employees and Offices, and contract personnel (a) for developing or maintaining the records of this or a related proceeding, or (b) in internal investigations, audits, reviews, and evaluations relating to the programs, personnel, and operations of the Commission including under 5 U.S.C. Appendix 3; or (ii) by U.S. government employees and contract personnel, solely for cybersecurity purposes. I understand that all contract personnel will sign appropriate nondisclosure agreements.*

| | | |
|---|---|---|
| Kazuki Ichikawa | President | July 10, 2024 |
| **Name of Authorized Official** | **Title of Authorized Official** | **Date** |
| *[signature]* | +8651289185401 | kazuki.a.ichikawa@fujifilm.com |
| **Signature** | **Phone** | **Email address** |

***"Related firm"*** –A firm that your firm solely or jointly owned, managed, or otherwise controlled; a firm that solely or jointly owned, managed, or otherwise controlled your firm; and/or a firm that was solely or jointly owned, managed, or otherwise controlled by a firm that also solely or jointly owned, managed, or otherwise controlled your firm.

I-3.     **Related producers**.--Does your firm or any related firm produce, have the capability to produce, or have any plans to produce ALPs in the United States or other countries?

| No | Yes | If yes, please name the firm(s) and country(ies) below and, if U.S. producer(s), ensure that they complete the Commission's producer questionnaire. |
|----|-----|---|
| ☐ | ☒ | FUJIFILM Corporation<br><br>FUJIFILM MATERIAL MANUFACTURING CO.,LTD. , Japan<br><br>FUJIFILM Manufacturing U.S.A., Inc. ,U.S.(Shut-down in 2022)<br><br>FUJIFILM Manufacturing Europe B.V. (Tilburg, Netherlands)(shut-down in 2023) |

I-4.     **Related U.S. importers**.--Does your firm or any related firm import or have any plans to import ALPs into the United States?

| No | Yes | If yes, please name the firm(s) below and ensure that they complete the Commission's importer questionnaire. |
|----|-----|---|
| ☐ | ☒ | FUJIFILM North America Corporation |

I-5.     **Stock symbol information.**-- If your firm or any of the entities reported in questions I-2 through I-4 are publicly traded in the United States, please specify the stock exchange and trading symbol (including American Depository Receipts, if applicable): _____.

I-6.     **External counsel.**-- If your firm or parent firm is represented by external counsel in relation to this proceeding, please specify the name of the law firm and the lead attorney(s).

| Law firm: | Curtis, Mallet-Prevost, Colt & Mosle LLP |
|-----------|-------------------------------------------|
| Lead attorney(s): | Daniel L. Porter |

Foreign Producers' Questionnaire – **Aluminum Lithographic Printing Plates (Final)**         Page 6

I-7.     **U.S. importers**.--Please provide the names, contacts, telephone numbers, and e-mail addresses of the **TEN** largest U.S. importers of your firm's ALPs since January 1, 2021.

|  | Importer's name | Contact person | Email | Telephone | Share of your firm's 2023 U.S. exports (%) |
|---|---|---|---|---|---|
| 1 | FUJIFILM North America Corporation | Toyoyuki Katagiri | tkatagiri@fujifilm.com | +1-630-259-7255 | 100 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |

**Email Correspondence with Fujifilm's Advisor**

| **From:** | Andrew Szamosszegi |
|---|---|
| **To:** | Feldpausch, Celia |
| **Subject:** | RE: Ownership percentages by the parent company |
| **Date:** | Wednesday, November 1, 2023 3:27:57 PM |

Hello Celia.  The ownership structure is as follows:

- FUJIFILM Holdings Corporation owns 100% of FUJIFILM Manufacturing USA, Inc. (when it existed); FUJIFILM North America Corporation - Graphic Communication Division; and FUJIFILM Corporation.
- FUJIFILM Corporation, which is the production entity in Japan, also owns 100% of the production entity in China.

Please let me know if you have any questions.

Regards,

Andrew


Andrew Szamosszegi | **Capital Trade, Inc.**
+1 202 955 6817 (t/f)
+1 202 262 5550 (c)
aszamosszegi@captrade.com


**From:** Feldpausch, Celia <Celia.Feldpausch@usitc.gov>
**Sent:** Tuesday, October 31, 2023 5:07 PM
**To:** Andrew Szamosszegi <Aszamosszegi@captrade.com>
**Subject:** Ownership percentages by the parent company


**WARNING - External email; exercise caution when opening attachments or clicking any links.**

Hi Andrew,

I've received some questions regarding percentages of ownership for Fujifilm and if Fujifilm Holdings Corporation is the ultimate parent. Could you please help clarify these firms' relationships and percentages, including foreign producers in China and Japan?

Thanks so much!
Celia