## UNITED STATES COURT OF INTERNATIONAL TRADE

*Before*: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

|  |  |  |
|---|---|---|
| **FUJIFILM NORTH AMERICA CORPORATION, FUJIFILM CORPORATION, AND FUJIFILM PRINTING PLATE (CHINA) CO. LTD.,** | ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **Court No. 24-00251** |
| **v.** | ) ) | |
| **UNITED STATES,** | ) ) | |
| **Defendant,** | ) ) | |
| **EASTMAN KODAK COMPANY,** | ) ) | |
| **Defendant-Intervenor.** | ) ) | |

## ORDER

Upon consideration of Plaintiff's Motion for Oral Argument, it is hereby:

**ORDERED** that Plaintiffs' motion is granted; and it is further

**ORDERED** that oral argument shall be scheduled by the Court in consultation

with the parties.

Date: _____, 2026

_____
Jennifer Choe-Groves, Judge

# UNITED STATES COURT OF INTERNATIONAL TRADE

*Before*: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | | |
|---|---|---|
| FUJIFILM NORTH AMERICA CORPORATION, FUJIFILM CORPORATION, AND FUJIFILM PRINTING PLATE (CHINA) CO. LTD., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Court No. 24-00251 |
| v. | ) ) | |
| UNITED STATES, | ) ) | |
| Defendant, | ) ) | |
| EASTMAN KODAK COMPANY, | ) ) | |
| Defendant-Intervenor. | ) ) | |

## UNOPPOSED MOTION FOR ORAL ARGUMENT

Pursuant to Rule 7(c) of the Rules of this Court, Plaintiffs, Fujifilm North America Corporation, Fujifilm Corporation, and Fujifilm Printing Plate (China) Co., Ltd. (collectively, "**Fujifilm**"), respectfully move for oral argument in the above-captioned case.  Fujifilm submits that oral argument is likely to assist the Court in its evaluation of the issues presented in this case and will benefit the parties and the Court by providing the parties with an opportunity to elaborate on the arguments contained in their Comments on Remand Redetermination and to answer any questions that the Court may have regarding the issues on appeal.

Pursuant to Rules 7(b)(1)(C) and 7(f) of the Rules of this Court, undersigned counsel consulted with counsel to the other parties in this action to seek their positions on the motion via email.  All parties stated their positions via email as follows:  On August 3, 2026, counsel to Defendant United States, Christopher Robinson, and counsel to Defendant-Intervenor Eastman Kodak Co., John Herrmann, stated that they defer to the Court regarding whether to hold oral argument.

For the reasons set forth above, Fujifilm respectfully requests that this Court grant this motion and schedule an oral argument in the above-captioned case.  A proposed order accompanies this motion.

Respectfully submitted,

/s/ Daniel L. Porter

Daniel L. Porter
James P. Durling
William Sjoberg
Gina M. Colarusso
John Taishu Pitt

**Pillsbury Winthrop Shaw Pittman LLP**
1200 Seventeenth Street, N.W.
Washington, D.C. 20036
(202) 663-8140

*Counsel for Fujifilm*

August 3, 2026

- 2 -